IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBA

| | |
|---|---|
| GERALD WALPIN,<br><br>    Plaintiff,<br><br>v.<br><br>THE CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, NICOLA O. GOREN, as Acting Chief Executive Officer thereof, RAYMOND LIMON, as Chief Human Capital Officer thereof, and FRANK TRINITY, as General Counsel thereof,<br><br>    Defendants. | Civil Action No. 1:09-cv-01343 (RWR) |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

COMES NOW Plaintiff Gerald Walpin, through undersigned counsel, respectfully moves for an order of mandamus, in the form of a preliminary injunction, directing defendants to reinstate Mr. Walpin as Inspector General of the Corporation For National and Community Service. The grounds for a preliminary injunction are set forth more fully in the separate Points and Authorities filed in support of this Motion and attached hereto.

Date: September 17, 2009

Respectfully submitted,

GREENBERG TRAURIG, LLP

_____
Sanford M. Saunders, Jr.
D.C. Bar No. 376098
Joe D. Whitley
D.C. Bar. No. 422385
2101 L Street, N.W., Suite 1000

Washington, D.C. 20037
Telephone:   (202) 331-3130
Facsimile:   (202) 261-0150
saunderss@gtlaw.com
whitleyj@gtlaw.com

*Counsel for Plaintiff Gerald Walpin*

_____
Gerald Walpin
Of Counsel
875 Park Avenue
New York, New York 10075