# EXHIBIT A

THE WHITE HOUSE

WASHINGTON

June 11, 2009

Dear Mr. President:

This is to advise that I am exercising my power as President to remove from office the Inspector General of the Corporation for National and Community Service, effective 30 days from today.

It is extremely important that we promote the economy, effectiveness, and efficiency of Federal programs and operations. The Inspectors General have a critical role in the achievement of these goals. As is the case with regard to other positions where I, as President, have the power of appointment, by and with the advice and consent of the Senate, it is vital that I have the fullest confidence in the appointees serving as Inspectors General. That is no longer the case with regard to this Inspector General.

I will be submitting to the Senate my nomination of an individual for this position at the Corporation for National and Community Service who has my full confidence and who meets the appropriate qualifications.

Sincerely,

[signature]

The Honorable Joseph R. Biden, Jr.
President of the Senate
Washington, D.C.  20510