# EXHIBIT C

# United States Senate
WASHINGTON, DC 20510

June 11, 2009

**Via Electronic Transmission**

Barack Obama
President of the United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500

Dear Mr. President:

    I was troubled to learn that last night your staff reportedly issued an ultimatim to the Americorps Inspector General Gerald Walpin that he had one hour to resign or be terminated.  As you know, Inspectors General were created by Congress as a means to combat waste, fraud, and abuse and to be independent watchdogs ensuring that federal agencies were held accountable for their actions.  Inspectors General were designed to have a dual role reporting to both the President and Congress so that they would be free from undue political pressure.  This independence is the hallmark of all Inspectors General and is essential so they may operate independently, without political pressure or interference from agencies attempting to keep their failings from public scrutiny.

    Last year, President Bush signed the Inspector General Reform Act (P.L. 110-409) into law.  Both you and I were cosponsors of this important legislation that was introduced to strengthen the independence and integrity of the Inspectors General.  One of the most important provisions of the legislation we cosponsored was Section 3 which amended the procedures for the removal of Inspectors General.  Specifically, Section 3 requires that, "the President shall communicate in writing the reasons for any such removal or transfer to both Houses of Congress, not later than 30 days before the removal or transfer."  No such notice was provided to Congress in this instance.

    As you may recall, the Senate Committee Report (S. Rep. 110-262) accompanying the Inspector General Reform Act stated the intent of Congress.  That report stated:

\*\*\*

> "The Committee intends that Inspectors General who fail to perform their duties properly whether through malfeasance or nonfeasance, or whose personal actions bring discredit upon the office, be removed.  The requirement to notify the Congress in advance of the reasons for the removal should serve to ensure that Inspectors General are not removed for political reasons."

\*\*\*

Given that you were a cosponsor of this vital legislation I am deeply troubled to learn of the ultimatum given Inspector General Walpin absent Congressional notification.

There have been no negative findings against Mr. Walpin by the Integrity Committee of the Council of the Inspectors General on Integrity and Efficiency (CIGIE), and he has identified millions of dollars in Americorps funds either wasted outright or spent in violation of established guidelines.[1] In other words, it appears he has been doing his job.

We cannot afford to have Inspector General independence threatened. In light of the massive increases in federal spending of late, it is more critical than ever that we have an Inspector General community that is vigorous, independent, and active in rooting out waste, fraud, and abuse. I urge you to review the Inspector General Reform Act you cosponsored and to follow the letter of the law should you have cause to remove any Inspector General.

Sincerely,

*Chuck Grassley*

Charles E. Grassley
United States Senator

---

[1] Corporation for National and Community Service, OIG Report 09-11A, Evaluation of Corporation for National and Community Service Grants Nos. 04EDHNY003 and 07EDHNY002, June 4, 2009; Corporation for National and Community Service, OIG Special Report to Congress, St. Hope Academy investigative summary, May 5, 2007.