# EXHIBIT D

THE WHITE HOUSE

June 11, 2009

The Honorable Charles E. Grassley
United States Senate
135 Hart Senate Office Building
Washington, DC 20510

Dear Senator Grassley:

I write in response to your letter to the President dated June 11, 2009, regarding the removal of Inspector General Gerald Walpin of the Corporation for National and Community Service. Thank you for your dedication and attention to matters involving the Inspectors General.

The President believes that Inspectors General fulfill a unique and important role in ensuring that agencies operate with efficiency, economy, and integrity. Moreover, the President shares your view that we ought to support fully the efforts of Inspectors General, with respect for the independent nature of those offices. It is for these reasons that it is vital that the President have full confidence in the Inspectors General who serve in Executive agencies. The President intends to remove Mr. Walpin because the President does not have full confidence in him. This action is fully supported by the Chair of the Corporation (a Democrat) and the Vice-Chair (a Republican).

The President notified Congress of his intent to remove Inspector General Walpin earlier today. I enclose a copy of the correspondence. Pending his removal, Mr. Walpin has been suspended, with pay. This suspension is fully consistent with the Inspector General Act. The section of the Act discussing the 30 days' notice to Congress also provides that "[n]othing in this subsection shall prohibit a personnel action otherwise authorized by law, other than transfer or removal." 5 U.S.C. App. 3, § 3(b).

As you note, the Acting United States Attorney for the Eastern District of California, a career prosecutor who was appointed to his post during the Bush Administration, has referred Mr. Walpin's conduct for review by the Integrity Committee of the Council of Inspectors General on Integrity and Efficiency (CIGIE). We are aware of the circumstances leading to that referral and of Mr. Walpin's conduct throughout his tenure and can assure you that that the President's decision was carefully considered.

I would be pleased to discuss this matter further with you and thank you for your dedication to these issues.

Sincerely,

/s/ Gregory B. Craig

Gregory B. Craig
Counsel to the President