IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD WALPIN, <br><br> Plaintiff, <br><br> v. <br><br> THE CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, NICOLA O. GOREN, as Acting Chief Executive Officer thereof, RAYMOND LIMON, as Chief Human Capital Officer thereof, and FRANK TRINITY, as General Counsel thereof, <br><br> Defendants. | Civil Action No. 1:09-1343 (RWR) |

## [Proposed] ORDER

Upon the Court's consideration of defendants' motion to dismiss plaintiff's Amended Complaint, the opposition thereto, and the entire record herein, it is, this _____ day of _____, 200__,

ORDERED that defendants' motion to dismiss is granted; and it is

FURTHER ORDERED that plaintiff's Amended Complaint is dismissed with prejudice.

_____
The Honorable Richard W. Roberts
United States District Judge