IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBA

| | |
|---|---|
| **GERALD WALPIN,**<br><br>    Plaintiff,<br><br>v.<br><br>**THE CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, NICOLA O. GOREN,** as Acting Chief Executive Officer thereof, **RAYMOND LIMON,** as Chief Human Capital Officer thereof, and **FRANK TRINITY,** as General Counsel thereof,<br><br>    Defendants. | Civil Action No.  1:09-cv-01343 (RWR) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Gerald Walpin, respectfully moves for summary judgment granting an order of mandamus directing defendants to reinstate Mr. Walpin as Inspector General of the Corporation For National and Community Service.

Summary judgment is warranted on the grounds there are no material facts in dispute and judgment is appropriate as a matter of law. The undisputed facts establish that Mr. Walpin was removed from office and transferred to administrative leave status on June 10, 2009, in violation of the Inspectors General Act of 1978, as amended, since the President only provided notice to both Houses of Congress on June 11, 2009.  Furthermore, Defendants have a duty to correct his employment records accordingly.

Further details establishing Mr. Walpin's claims are set forth in the separate Statement of Material Facts Not Reasonably Subject to Dispute and the Memorandum of Points and

Authorities, which are incorporated by reference herein. In addition, Mr. Walpin's second declaration is attached in support of Plaintiff's motion.

Wherefore, Plaintiff Gerald Walpin requests the Court grant summary judgment in his favor as requested herein.

Dated: December 16, 2009			Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Sanford M. Saunders, Jr.
Sanford M. Saunders, Jr.
D.C. Bar No. 376098
Joe D. Whitley
D.C. Bar. No. 422385
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone:	(202) 331-3100
Facsimile:	(202) 261-0150
saunderss@gtlaw.com
whitleyj@gtlaw.com

*Counsel for Plaintiff Gerald Walpin*

Gerald Walpin
Of Counsel
875 Park Avenue
New York, New York 10075